UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

KENNETH JEROME AYERS, JR.,

        Petitioner,         Case No. 1:09-cv-993

v.

        Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:   January 4, 2010       /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge